**RECEIVED**

MAR 21 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | |
|---|---|
| **JAMES M. HUBBS**<br>**#305579** | **CIVIL ACTION NO. 2:12-cv-1538** |
| **VS.** | |
| | **SECTION P** |
| **LAKE CHARLES MENTAL HEALTH CENTER** | **JUDGE TRIMBLE** |
| | **MAGISTRATE KAY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C.1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i).

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order by regular mail, facsimile transmission, or e-mail to: (1) the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Ms. Betty Parker.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the 21st day of March, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE